JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL EUGENE GOWDY,<br><br>    Petitioner,<br><br>v.<br><br>LOS ANGELES COUNTY SUPERIOR COURT,<br><br>    Respondent. | Case No. 2:24-cv-07964-SB-PD<br><br>FINAL JUDGMENT |

    For the reasons set forth in the accompanying Order Accepting Findings and Conclusions of U.S. Magistrate Judge, the above-captioned action is dismissed without prejudice for lack of jurisdiction.

Date: January 17, 2025

                                                    Stanley Blumenfeld, Jr.
                                          United States District Judge